■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NATHANIEL HILL, Appellant.—Judgment, Supreme Court, Bronx County, rendered on May 17, 1976, unanimously affirmed. Application by respondent on the call of the calendar for permission to submit an additional letter is denied. No opinion. Concur—Murphy, P. J., Lupiano, Silverman, Fein and Sullivan, JJ.

■ In the Matter of MAURICE BARNWELL, Petitioner, v HOWARD E. GOLDFLUSS et al., Respondents.—Application for an order, pursuant to CPLR article 78, in the nature of a writ of prohibition, unanimously denied and the petition dismissed, without costs and without disbursements. The stay affixed to the notice of application, dated November 9, 1977, is vacated. No opinion. Concur—Lupiano, J. P., Fein, Markewich, Sandler and Sullivan, JJ.